## Payne, Jeffrey

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Wednesday, September 1, 2021 9:49 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Wednesday, September 1, 2021 9:41 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Wednesday, September 1, 2021 9:34 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| EAD OSU<br><br>Approved | 8709 | Sexual –<br><br>According to Urban Dictionary EAD is an acronym for Eat A Dick 515 Up<br><br>The vehicle is a Blue 2015 Haul trailer<br><br>Similar plates reviewed: | N/A | Grandparents initials | ▮▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, |

**PLAINTIFF'S EXHIBIT 1**

WONSER_000452

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **Denied**<br>BETNGU 8/30/21<br>IE1TA55 8/23/21<br>EATNASS 8/19/21<br>CMI X4BJ 7/19/21<br>ZAYMTA3 7/12/21<br>IETA55 6/29/21<br>EAT WAP 6/29/21<br>1EATA55 6/14/21<br>I LUV BJS 5/20/21<br>ZZA TA3 3/23/21<br>BLOW YOU 2/22/21<br>SUX BALZ 12/30/20<br>BLOW JOB 10/6/20<br>BJ 69 KFC 9/30/20<br><br>**Approved**<br>SUM SUK 11/25/20<br>BJCUCA 10/19/20<br><br>**\*\*Customer had this plate from 7/16/2016 until 12/1/2019 with no known complaints\*\*** | | | | swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| YAOIPLZ<br><br>Denied | 7715 | Sexual –<br><br>According to Google, Yaoi is a genre of fictional media originating in Japan that features homoerotic relationships between male characters.<br><br>Urban defined it as slang meaning boys love/homosexuality that is used in the Japanese language. Also used to describe titles that contain sex scenes and other sexually explicit themes.<br><br>The vehicle is a Blue 2006 Kia Spectra | N/A | Personal anime | | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Similar plates reviewed:<br><br>**Denied**<br>H3NTIE 6/16/21<br>HENT4I 6/7/21<br>UKAKKE (Cincinnati Bengals logo) 5/27/21<br>RED TUBE 5/4/21<br>BLWM3 4/29/21<br>HEDPLZ 4/19/21<br>LXXX3 4/12/21<br>XXXMS 3/24/21<br>BLOW YOU 2/22/21<br>CUM4MEE 2/22/21<br>TRIPLE X 2/8/21<br>SMK5XXX 1/26/21<br>UFO XXX 1/4/21<br>PRNFAN 12/7/20<br>JINXXX 10/21/20<br>NXXXT 10/16/20<br>EVIEXXX 10/13/20<br><br>**Approved**<br>ECCHI 6/1/21<br>BOXXX 5/13/21<br>60 BLOW 4/26/21<br>I GO RAW 2/26/21<br>ALEXXX 1/15/21 | | | | | |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office:  614.752.7518
rncollins@dps.ohio.gov



3