**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Monday, September 27, 2021 10:34 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Monday, September 27, 2021 10:22 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Monday, September 27, 2021 9:51 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| BMFRJ1 | 0946 | Swearword Big or bad mot f*cker. | | Harley | ■ ■ | 1.Contains words, combinations |

PLAINTIFF'S EXHIBIT

6

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | This is on a silver 1982 Volvo 240 Wagon.<br><br>Similar plates reviewed:<br><br>**Denied**<br>BMF2RAW 9/16/21<br>POMOFO 9/14/21<br>HWMF 11 8/2721<br>MEFNOW 7/27/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br>BMFICON 7/26/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>MFTB 7/16/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>MF CKER 6/21/21<br>FAST MFR 6/10/21<br>DAMFS 6/2/21<br>MTNMFR 5/17/21<br>BGMOFO 3/23/21<br><br>**Approved**<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BGMQFQ 4/12/21 | | reggae jamming. | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FUSARAH<br><br>Denied | 9983 | Swearword F*ck you Sarah<br><br>Similar plates reviewed:<br><br>**Denied** | N/A | No meaning. (This is what is listed in BASS.) | ███ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

WONSER_000054

| | | | | | | |
|---|---|---|---|---|---|---|
| | | EF BIDEN 9/24/21<br>CMFD 9/23/21<br>DUCK BDN 9/23/21<br>FAST A5 F 9/21/21<br>KMFK 9/21/21<br>F IN SLOW 9/20/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000055

| | | FCK BIDN 7/20/21 | | | | |
|---|---|---|---|---|---|---|
| | | YEE YE MF 7/20/21 | | | | |
| | | 1MFMG 7/20/21 | | | | |
| | | MFWUT 7/20/21 | | | | |
| | | BADD MF 7/19/21 | | | | |
| | | BTFKOFF 7/16/21 | | | | |
| | | MFTB 7/16/21 | | | | |
| | | FK8 CTR 7/15/21 | | | | |
| | | ISYMFS2 7/14/21 | | | | |
| | | JMFR 7/14/21 | | | | |
| | | GDYUP MF 7/7/21 | | | | |
| | | OMG WTF1 7/1/21 | | | | |
| | | FCKTTUN 6/28/21 | | | | |
| | | NOGAF 6/28/21 | | | | |
| | | F UBL 6/28/21 | | | | |
| | | FKTYPER 6/25/21 | | | | |
| | | VAFANGU 6/23/21 | | | | |
| | | MF CKER 6/21/21 | | | | |
| | | OUT OF FX 6/21/21 | | | | |
| | | EF FRTY6 6/21/21 | | | | |
| | | FHRITP7 6/21/21 | | | | |
| | | FBGM14 6/17/21 | | | | |
| | | FU5RODA 6/16/21 | | | | |
| | | FU 22159 6/15/21 | | | | |
| | | FU 69 6/15/21 | | | | |
| | | FVCKOFF 6/15/21 | | | | |
| | | EFF YEAH 6/15/21 | | | | |
| | | SFCKD 6/11/21 | | | | |
| | | FAST MFR 6/10/21 | | | | |
| | | FUDEM 6/7/21 | | | | |
| | | GAMOTO 6/4/21 | | | | |
| | | FFAUCI (OSU logo plate) 6/4/21 | | | | |
| | | DAMFS 6/2/21 | | | | |
| | | AYOWTF 5/28/21 | | | | |

WONSER_000056

| | | FUK1T 5/27/21 | | | | |
|---|---|---|---|---|---|---|
| | | FU BRYAN 5/25/21 | | | | |
| | | FU CLUFF 5/25/21 | | | | |
| | | EST WTF 5/21/21 | | | | |
| | | FKJ 5/21/21 | | | | |
| | | O WTF 5/20/21 | | | | |
| | | FFSM8 5/17/21 | | | | |
| | | VAFFA 5/17/21 | | | | |
| | | MTNMFR 5/17/21 | | | | |
| | | FAQUA 5/12/21 | | | | |
| | | FOO QUE 5/12/21 | | | | |
| | | USLOFKR 5/7/21 | | | | |
| | | FKBLU 5/7/21 | | | | |
| | | ISSA FK7 4/7/21 | | | | |
| | | SLOW FK7 4/5/21 | | | | |
| | | 1FOFF 5/5/21 | | | | |
| | | IMFDUP 5/4/21 | | | | |
| | | PHUKKU 4/26/21 | | | | |
| | | WTFOX 4/26/21 | | | | |
| | | FOX THAT 3/30/21 | | | | |
| | | IDGAFOX 3/26/21 | | | | |
| | | IDG2F 12/14/20 | | | | |
| | | **Approved** | | | | |
| | | FUGLY 8/12/21 | | | | |
| | | FNBILL 8/5/21 | | | | |
| | | GFSF 7/27/21 | | | | |
| | | YCFWM 7/21/21 | | | | |
| | | FAKA 7/19/21 | | | | |
| | | 1HWMF 7/16/21 | | | | |
| | | FLYN F 6/29/21 | | | | |
| | | ZEFKS 6/16/21 | | | | |
| | | FTRAIN 6/15/21 | | | | |
| | | BIG CMF 6/8/21 | | | | |
| | | MR FUFF 5/27/21 | | | | |
| | | KAY N FU 5/24/21 | | | | |
| | | FK8 CTR 1 5/18/21 | | | | |
| | | BIGMQFQ 4/12/21 | | | | |
| | | NOF2G 3/8/21 | | | | |
| | | F COVID 3/7/21 | | | | |
| | | J MFN T 3/7/21 | | | | |
| | | FJOHN 2/8/21 | | | | |

WONSER_000057

| | | | | | | |
|---|---|---|---|---|---|---|
| SLW ASF<br><br>Denied | 9983 | Swearword<br>Slow as f*ck.<br><br>This is registered to a 1997 Mazda MX-5 Miata.<br><br>Similar plates reviewed:<br><br>**Denied**<br>WARD AF 9/24/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21<br>NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21 | N/A | It means slow, as in the car is very slow. | ■■■ ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000058

| | | WHYTE AF 5/13/21 BIG AF 4/23/21 IMLTEAF 4/19/21 BALD AF 4/8/21 SGL AF 4/6/21 SWOLE AF 3/29/21 EVLAF 3/26/21 FUNNY AF 3/15/21 STOCK4F 3/9/21 SOLID AF 1/14/21 BOUJE AF 1/11/21 FOXY ASF 1/7/20 VEGANAF 12/16/20 HUMBLAF 12/2/20 FA OIHO 11/30/20 CAMD AF 11/16/20 922 AF 11/12/20 LOUD AF 10/21/20 **Approved** AF BEAST 11/19/20 | | | | |
|---|---|---|---|---|---|---|
| BADMF9 Denied | 2528 | Swearword Bad mother f*cker. This is registered to a 2013 Dodge Challenger R/T. Similar plates reviewed: **Denied** BMF2RAW 9/16/21 POMOFO 9/14/21 HWMF 11 8/2721 MEFNOW 7/27/21 | Veteran Navy | Family members initials. | ▮▮ ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000059

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BMFDBOY 7/27/21 BMFPLUG 7/27/21 BMFICON 7/26/21 YEE YE MF 7/20/21 1MFMG 7/20/21 MFWUT 7/20/21 BADD MF 7/19/21 MFTB 7/16/21 ISYMFS2 7/14/21 JMFR 7/14/21 MF CKER 6/21/21 FAST MFR 6/10/21 DAMFS 6/2/21 MTNMFR 5/17/21 BGMOFO 3/23/21 **Approved** YCFWM 7/21/21 1HWMF 7/16/21 BIG CMF 6/8/21 BGMQFQ 4/12/21 | | | | |
| COVDHX *Approved* | 9983 | This may provoke violence. Similar plates denied: **Denied** N/A **Approved** C19HOAX 9/24/21 and 9/16/21 (customer complaints) CDCLIES 9/13/21 (customer complaint) | Ohio Pets | COVID Hoax | ███████ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles

WONSER_000060

1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



9

WONSER_000061