**Payne, Jeffrey**

---

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Tuesday, October 12, 2021 10:40 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates  Correction |
| **Importance:** | High |

---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Tuesday, October 12, 2021 10:38 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates Correction
**Importance:** High

See responses below:

---

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Tuesday, October 12, 2021 10:17 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates Correction
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 2MF FAST<br><br>Denied | 7732 | Swearword – Could be perceived as Too Mother F*ckin Fast<br><br>Vehicle is a Red 2005 Subaru Outback<br><br>Similar plates reviewed:<br><br>**Denied**<br>DMFL 78 9/2<br>BMFRJ1 9/2 | N/A | Movie quote | ███████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

PLAINTIFF'S EXHIBIT
**9**

WONSER_000304

| | | | | | | |
|---|---|---|---|---|---|---|
| | | BMF2RAW 9/16/21<br>POMOFO 9/14/21<br>HWMF 11 8/2721<br>MEFNOW 7/27/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br>BMFICON 7/26/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>MFTB 7/16/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>MF CKER 6/21/21<br>FAST MFR 6/10/21<br>DAMFS 6/2/21<br>MTNMFR 5/17/21<br>BGMOFO 3/23/21<br><br>**Approved**<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BGMQFQ 4/12/21 | | | | is,<br>swearwords<br>and<br>expletives),<br>obscene,<br>sexually<br>explicit, or<br>scatological<br>(feces or<br>excrement). |
| BADUSSY<br><br>Denied | 1856 | Sexual<br><br>Defined in Google -<br>Coined by the late<br>Bernie Mac and it<br>means booty, D*ck<br>and p*ssy which is the<br>smells that you smell<br>after a very through<br>sex session<br><br>The vehicle is a White<br>2022 Kia K5<br><br>Similar plates<br>reviewed:<br><br><br>**Denied**<br>BDUSSY 7/12/21<br>BUDUSSY 7/6/21<br>DADY DCK 6/22/21<br>BIG COCK 6/21/21<br>LDYPRTS 6/17/21<br>SMDCK 6/14/21<br>NCE COK 6/14/21 | N/A | Inside joke | ⬛ | 1.Contains<br>words,<br>combinations<br>and/or<br>phrases (in<br>any<br>language<br>and when<br>read either<br>frontward or<br>backwards)<br>that are<br>profane (that<br>is,<br>swearwords<br>and<br>expletives),<br>obscene,<br>sexually<br>explicit, or<br>scatological<br>(feces or<br>excrement). |

2

|  |  | DWEANIE 5/27/21<br>PEE NIS 5/24/21<br>NUTSK 5/20/21<br>BIG D NRG 5/10/21<br>BONR DNR 4/26/21<br>DOCPUD 4/7/21<br>NO BA11S 4/6/21<br>PUSPUS 4/2/21<br>B1GPP 3/30/21<br>LIL PEEN 3/26/21<br>HUGE PP 3/24/21<br>HALF SAC 3/23/21<br>SMOLL PP 3/1/21<br>WLHUNG3 3/1/21<br>SMLLPP 1/11/21<br><br>**Approved**<br>SM PNS 6/30/21<br>TEBAG 5/25/21<br>8IN OR UP 5/13/21<br>8646 5/6/21<br>DICKH 4/30/21<br>STAHRD 1/14/21<br>CHOD 12/8/20<br>MY WOODY 11/16/20<br>BIG CHUB 10/28/20 |  |  |  |  |
|---|---|---|---|---|---|---|
| C TITTY<br><br>Denied | 8514 | Sexual – could be perceived as See T*tty<br><br>This is registered to a White 2016 Honda Civic<br><br>Similar plates reviewed:<br><br>**Denied**<br>T1TTY 8/24/21<br>TIDDYS 7/27/21<br>TTZUP 7/6/21<br>BOOB135 6/25/21<br>BOOOBS 5/25/21<br>BOOBARU 5/24/21<br>OOBIE5 (Bengals logo) 5/4/21<br>TITIT 4/19/21<br>TITITIT 4/19/21<br>T1TTIES 4/15/21<br>TT SHAKR 4/12/21<br>TIDDIEZ 9/9/20<br>TTY BNCR 9/8/20 | N/A | C is 1st initial. Last name tittler. CTITTY is a nickname | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

3

WONSER_000306

| | | | | | | |
|---|---|---|---|---|---|---|
| | | TT YOTE 8/26/20<br>TT COACH 8/25/20<br><br>**Approved**<br>TTVAGV 8/6/21<br>BEWBS 7/13/21<br>BOOBI 5/3/21<br>TT ME 4/30/21<br>ITZ TT 3/16/21<br>TT REC RM 9/1/20<br>(approved after appeal) | | | | |
| FKN NUTZ<br><br>Denied | 2577 | Swearword – Could be perceived as F*ckin Nuts<br><br>The vehicle is a Gold 2016 Smart Fortwo<br><br>Similar plates reviewed:<br><br>**Denied**<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21 | N/A | Nut distributor | ██████<br>█ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

WONSER_000307

| | | | | | | |
|---|---|---|---|---|---|---|
| | | GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo<br>plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21 | | | | |

5

WONSER_000308

VAFFA 5/17/21
MTNMFR 5/17/21
FAQUA 5/12/21
FOO QUE 5/12/21
USLOFKR 5/7/21
FKBLU 5/7/21
ISSA FK7 4/7/21
SLOW FK7 4/5/21
1FOFF 5/5/21
IMFDUP 5/4/21
PHUKKU 4/26/21
WTFOX 4/26/21
FOX THAT 3/30/21
IDGAFOX 3/26/21
IDG2F 12/14/20

**Approved**
DRIVE TF 10/8/21
NFG 10/4/21
1 FN JEEP 9/30/21
FUGLY 8/12/21
FNBILL 8/5/21
GFSF 7/27/21
YCFWM 7/21/21
FAKA 7/19/21
1HWMF 7/16/21
FLYN F 6/29/21
ZEFKS 6/16/21
FTRAIN 6/15/21
BIG CMF 6/8/21
MR FUFF 5/27/21
KAY N FU 5/24/21
FK8 CTR 1 5/18/21
BIGMQFQ 4/12/21
NOF2G 3/8/21
F COVID 3/7/21
J MFN T 3/7/21
FJOHN 2/8/21

| MSAF 10 Denied | 1829 | Swearword – Customer initials with As F*ck  The vehicle is a Blue 2021 Ford Mustang  Similar plates reviewed:  **Denied** FASTAFK 9/29/21 SLW ASF 9/27/21 | N/A | Initials of family members | ███████ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

WONSER_000309

| | | | | | | |
|---|---|---|---|---|---|---|
| | | WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21<br>NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br>BIG AF 4/23/21<br>IMLTEAF 4/19/21<br>BALD AF 4/8/21<br>SGL AF 4/6/21<br>SWOLE AF 3/29/21<br>EVLAF 3/26/21<br>FUNNY AF 3/15/21<br>STOCK4F 3/9/21<br>SOLID AF 1/14/21<br>BOUJE AF 1/11/21<br>FOXY ASF 1/7/20<br>VEGANAF 12/16/20<br>HUMBLAF 12/2/20<br>FA OIHO 11/30/20<br>CAMD AF 11/16/20<br>922 AF 11/12/20<br>LOUD AF 10/21/20<br><br>**Approved**<br>AF BEAST 11/19/20 | | | | is,<br>swearwords<br>and<br>expletives),<br>obscene,<br>sexually<br>explicit, or<br>scatological<br>(feces or<br>excrement). |
| TNSAF | 5032 | Swearword – Could<br>be perceived as True<br>North Strong As F*ck | N/A | True North<br>Strong and<br>Free | ██████ | 1.Contains<br>words,<br>combinations |

WONSER_000310

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | The vehicle is a Red 2017 Ford Fiesta<br><br>Similar plates reviewed:<br><br>**Denied**<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21<br>NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br>BIG AF 4/23/21<br>IMLTEAF 4/19/21<br>BALD AF 4/8/21<br>SGL AF 4/6/21<br>SWOLE AF 3/29/21<br>EVLAF 3/26/21<br>FUNNY AF 3/15/21<br>STOCK4F 3/9/21<br>SOLID AF 1/14/21<br>BOUJE AF 1/11/21<br>FOXY ASF 1/7/20<br>VEGANAF 12/16/20<br>HUMBLAF 12/2/20 | | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

8

| | | FA OIHO 11/30/20<br>CAMD AF 11/16/20<br>922 AF 11/12/20<br>LOUD AF 10/21/20<br><br>**Approved**<br>AF BEAST 11/19/20 | | | | |
|---|---|---|---|---|---|---|
| PLLOWT<br><br>*Approved* | 9983 | Sexual – could be perceived as pull out<br><br>Vehicle is a Black 1984 Chevrolet C/K Pickup<br><br>Similar plates reviewed:<br><br>**Denied**<br>CUM4MEE 2/22/21<br><br>**Approved**<br>LEGS GAP 8/23/21<br>JAG N OFF 5/18/21<br>4NICATE 4/12/21<br>I GO RAW 2/26/21 | Conquer Child Cancer | Help the poor lil baby's | ▉▉▉ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| TIGSUX<br><br>*Denied* | 9982 | Could be perceived as Tigers Suck<br><br>Massillon's mascot are the tigers<br><br>Vehicle is a Black 1984 Chevrolet C/K Pickup<br><br>Similar plates reviewed:<br><br>**Denied**<br>AKRSUX (Cincinnati Bengals logo) 6/14/21<br>DODG SUX 1/22/21<br>SUX BALZ 12/30/20<br><br>**Approved**<br>B1DNSUX 8/2/21 | Canton Bulldogs | Rivalry | ▉▉▉ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers |

9

| | | BIDN SUX (complaint) 6/8/21 BYDNSUX 6/8/21 BDN SUX 3/22/21 SUM SUK 11/25/20 BIDN SUX 11/10/20 | | | | without additional comment |
|---|---|---|---|---|---|---|

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office:  614.752.7518
rncollins@dps.ohio.gov



WONSER_000313