**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Lohr, Janet |
| **Sent:** | Wednesday, October 20, 2021 10:36 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Wednesday, October 20, 2021 10:27 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Wednesday, October 20, 2021 10:04 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 4K BOOBZ | 2516 | Sexually Explicit. 4,000 boobs. | | | | 1.Contains words, combinations |

PLAINTIFF'S EXHIBIT 12

| | | | | | | |
|---|---|---|---|---|---|---|
| Denied | | Similar plates reviewed:<br><br>**Denied**<br>C TITTY 10/12/21<br>T1TTY 8/24/21<br>TIDDYS 7/27/21<br>TTZUP 7/6/21<br>BOOB135 6/25/21<br>BOOOBS 5/25/21<br>BOOBARU 5/24/21<br>OOBIE5 (Bengals logo) 5/4/21<br>TITIT 4/19/21<br>TITITIT 4/19/21<br>T1TTIES 4/15/21<br>TT SHAKR 4/12/21<br><br>**Approved**<br>TTVAGV 8/6/21<br>BEWBS 7/13/21<br>BOOBI 5/3/21<br>TT ME 4/30/21<br>ITZ TT 3/16/21 | | | | and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| F IN FAST<br><br>Approved | 2188 | Swearword F*cking fast.<br><br>This is registered to a 2015 Lexus RC F.<br><br>Similar plates reviewed:<br><br>**Denied**<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21 | N/A | Fast Lexus RC-F | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, |

| | | | | | |
|---|---|---|---|---|---|
| | | FKN NUTZ 10/12/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21 | | | | sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FKBTCHS 8/17/21 FN N FRL 8/12/21 GOOGLFU 8/11/21 F BOMBS 8/10/21 IKYFL 7/30/21 FKN MNT 7/27/21 MEFNOW 7/27/ BMFICON 7/26/21 FNAWSM 7/23/21 ZERO FUK 7/23/21 FAF BOII 7/21/21 FCK BIDN 7/20/21 YEE YE MF 7/20/21 1MFMG 7/20/21 MFWUT 7/20/21 BADD MF 7/19/21 BTFKOFF 7/16/21 MFTB 7/16/21 FK8 CTR 7/15/21 ISYMFS2 7/14/21 JMFR 7/14/21 GDYUP MF 7/7/21 OMG WTF1 7/1/21 FCKTTUN 6/28/21 NOGAF 6/28/21 F UBL 6/28/21 FKTYPER 6/25/21 VAFANGU 6/23/21 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FJOHN 2/8/21<br><br>**Two other people have had the plate (4-23-09 through 11/11/10 and 9/27/13 until 4/15/17). There were no complaints. ** | | | | |
| FUBIDN<br><br>Denied | 9982 | Swearword F*ck Biden, referring to president Joe Biden.<br><br>Similar plates reviewed:<br><br>**Denied**<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21<br>FKN NUTZ 10/12/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21 | N/A | Random statement. | ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | 1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | | |
| STALKIN<br><span style="color:red">Denied</span> | 9983 | Lawlessness Stalking is behavior wherein an individual willfully and repeatedly engages in a knowing course of harassing conduct directed at another person.<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>N/A | N/A | I'm a victim/survivor of stalking. | ██ | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that advocate immediate lawlessness or advocate lawless activities |

| | | | | | | |
|---|---|---|---|---|---|---|
| STLRS HO  <br><br>Denied | 8311 | Sexually explicit. Hoe is slang for prostitute.<br><br>Similar plates reviewed:<br><br>**Denied**<br>JOE N HOE 9/21/21<br>PYTHOE 9/20/21<br>STANGHO 9/20/21<br>HITMEHO 9/14/20<br>OH HI HO 8/31/21<br>OH HI HOE 8/17/21<br>350 HO 8/16/21<br>SLOHO 8/16/21<br>THOTBOX 8/9/21<br>HEY HO 6/14/21<br>SIXHOE 6/11/21<br>HARLOT 5/26/21<br>BROHO 5/12/21<br>BUFAHOE 5/11/21<br>ASHAWO 5/6/21<br>C PIMPIN 4/9/21<br>HOOOKER 4/2/21<br>HOE 1 3/30/21<br>BTS N HOS 3/23/21<br>HO DOZER 1/14/21<br>IRUNHOS 12/24/20<br><br>**Approved** | N/A | Steelers happy ho ho ho. | ██ ██ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | |
|---|---|---|---|---|---|
| | | BRAH O 5/25/21 (won appeal)<br>DAVE HO 5/7/21<br>RAMAH03 3/8/21<br>HOEZ MAD 12/31/20 | | | |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov

