# Payne, Jeffrey

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Monday, October 25, 2021 10:35 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Monday, October 25, 2021 10:28 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Monday, October 25, 2021 10:10 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 370455 V<br><br>Denied | 7619 | Swearword – could be perceived as *sshole backwards<br><br>This is on a 2014 GMC Terrain SLE 2<br><br>Similar plates reviewed:<br><br>**Denied**<br>EJOH SSA 5<br>AZOL 1 5/24 | N/A | Personal message between wife and vehicle owner | ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

PLAINTIFF'S EXHIBIT 14

WONSER_000341

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Approved**<br>ASOOOUL 12/22/20 | | | | is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| F OFF 46<br><span style="color:red">Denied</span> | 9982 | Swearword – Could be perceived F*uck Joe Biden (referring to the current US President)<br><br>The vehicle is a Purple 2016 Jeep Wrangler<br><br>Similar plates reviewed:<br><br>**Denied**<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>FUSARAH 9/27/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>F UBL 6/28/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>F COVID 3/7/21 | N/A | Airforce plane | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | FJOHN 2/8/21 |
| FCK JOE  Denied | 9983 | Swearword – Could be perceived F*uck Joe Biden (referring to the current US President)  The vehicle is a Black 2018 Chevrolet Silverado  Similar plates reviewed:  **Denied** LOLFJB 10/22/21 FUBIDN 10/20/21 FU JOE 10/13/21 FJBIDN 10/5/21 FJOBDN 10/5/21 FJBIDEN 9/29/21 FUSARAH 9/27/21 EF BIDEN 9/24/21 FKU JOE 9/17/21 EFFNJOE 9/15/21 F BIDN 9/13/21 46 FU 9/3/21 FCK BIDN 7/20/21 F UBL 6/28/21 EF FRTY6 6/21/21 FKJ 5/21/21  **Approved** FNBILL 8/5/21 GFSF 7/27/21 YCFWM 7/21/21 1HWMF 7/16/21 FTRAIN 6/15/21 BIG CMF 6/8/21 MR FUFF 5/27/21 KAY N FU 5/24/21 F COVID 3/7/21 FJOHN 2/8/21 | N/A | I don't like Joe | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FJB RZR  Denied | 2905 | Swearword – Could be perceived F*uck Joe Biden (referring to the current US President)  The vehicle is a Blue 2017 Polaris RZR | N/A | Frank Juliet Bravo | ▮ | 1.Contains words, combinations and/or phrases (in any language and when |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Similar plates reviewed:<br><br>**Denied**<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>FUSARAH 9/27/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>F UBL 6/28/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>F COVID 3/7/21<br>FJOHN 2/8/21 | | | | read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FKK OFF<br><br>Denied | 9982 | Swearword – could be perceived as f*ck off<br><br>The vehicle is a 2018 Land Rover Range Rover Sport<br><br>Similar plates reviewed:<br><br>**Denied**<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FUBIDN 10/20/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21 | N/A | Sentimental initials | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, |

4

| | | | | | |
|---|---|---|---|---|---|
| | FKN NUTZ 10/12/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21 | | | | sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | | |
| HO3WRX<br><span style="color:red">Denied</span> | 9983 | Sexual – could be perceived as Hoe Works<br><br>This is registered to a White 2015 Subaru WRX<br><br>Similar plates reviewed:<br><br>**Denied**<br>STLRS HO 10/20/21<br>JOE N HOE 9/21/21<br>PYTHOE 9/20/21<br>STANGHO 9/20/21<br>HITMEHO 9/14/20<br>OH HI HO 8/31/21<br>OH HI HOE 8/17/21<br>350 HO 8/16/21<br>SLOHO 8/16/21<br>THOTBOX 8/9/21<br>HEY HO 6/14/21<br>SIXHOE 6/11/21<br>HARLOT 5/26/21<br>BROHO 5/12/21<br>BUFAHOE 5/11/21<br>ASHAWO 5/6/21<br>C PIMPIN 4/9/21<br>HOOOKER 4/2/21<br>HOE 1 3/30/21<br>BTS N HOS 3/23/21<br>HO DOZER 1/14/21 | N/A | Hale and Owen the 3. They both friends of mine that passed this year | ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | IRUNHOS 12/24/20<br><br>**Approved**<br>BRAH O 5/25/21 (won appeal)<br>DAVE HO 5/7/21<br>RAMAH03 3/8/21<br>HOEZ MAD 12/31/20 | | | | |
| IRDGAF<br><br>Denied | 9982 | Swearword – could be perceived as I Really Don't Give A F*ck<br><br>The vehicle is a Teal 2017 Ford Mustang<br><br>Similar plates reviewed:<br><br>**Denied**<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FUBIDN 10/20/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21<br>FKN NUTZ 10/12/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21 | N/A | I really dig ground after frost | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21<br>FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | | |
| MLF LVR<br><br>Denied | 3182 | Sexual – could be perceived as Milf lover<br><br>The vehicle is a Dark Green 2017 RAM 2500 | N/A | Major Leaquerfishing tornaument in Florida I do every year | ▮ | 1.Contains words, combinations and/or phrases (in any language |

| Plate | ID | Reason | | Customer | | Criteria |
|---|---|---|---|---|---|---|
| | | Similar plates reviewed:<br><br>**Denied**<br>GILF 9/8/21<br>MLFMGNT 8/31/21<br>M1LF LXS 7/30/21<br>MILF1 7/16/21<br>GOT M1LF 6/17/21<br>HIS WILF 6/16/21<br>MILFS 5/25/21<br>M1LFLVR 4/14/21<br>VILF 10/8/20<br><br>**Approved:**<br>N/A | | | | and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| SMFL<br><br>Denied | 9982 | Swearword – could be perceived as customer initials with Mother F*cker in the middle.<br><br>The vehicle is a Red 2007 Suzuki Grand Vitara<br><br>Similar plates reviewed:<br><br>**Denied**<br>PMFNB 10/18/21<br>2MF FAST 10/12/21<br>DMFL 78 9/29/21<br>BMFRJ1 9/27/21<br>BMF2RAW 9/16/21<br>POMOFO 9/14/21<br>HWMF 11 8/2721<br>MEFNOW 7/27/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br>BMFICON 7/26/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>MFTB 7/16/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>MF CKER 6/21/21<br>FAST MFR 6/10/21 | N/A | Shawn MF Long | ▆▆ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

11

| | | | | | | |
|---|---|---|---|---|---|---|
| | | DAMFS 6/2/21<br>MTNMFR 5/17/21<br>BGMOFO 3/23/21<br><br>**Approved**<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>BIG CMF 6/8/21<br>BGMQFQ 4/12/21 | | | | |
| XXFJBXX<br><br>Denied | 9983 | Swearword – Could be perceived F*uck Joe Biden (referring to the current US President)<br><br>The vehicle is a White 2007 Ford F-150<br><br>Similar plates reviewed:<br><br>**Denied**<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>FUSARAH 9/27/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>F UBL 6/28/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>F COVID 3/7/21<br>FJOHN 2/8/21 | N/A | Fredrick Jeremiah Bellamy. My best friend that passed away. | ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| NOODS<br><br>Approved | 2159 | Sexual – could be perceived as Nudes<br><br>Vehicle is a Red 2018 Acura TLX<br><br>Similar plates reviewed:<br><br>**Denied**:<br>SEND NDZ 7/12/21<br><br>**Approved**:<br>SND2NDS 10/20/20 | Purple Heart | Noodie is a nickname | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FUJOEB<br><br>Denied | 9983 | Swearword – Could be perceived F*uck Joe Biden (referring to the current US President)<br><br>The vehicle is a White 2020 Ford Expedition Max<br><br>Similar plates reviewed:<br><br>**Denied**<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>FUSARAH 9/27/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>F UBL 6/28/21 | One Natiion Under god | Grandkids initials | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>F COVID 3/7/21<br>FJOHN 2/8/21 | | | | |
| IEATAZ<br><br><span style="color:red">Denied</span> | 2301 | Sexual – could be perceived as I eat *ss<br><br>Vehicle is a Black 2015 GMC Sierra<br><br>Similar plates reviewed:<br><br>**Denied**<br>IE4TA55 8/23/21<br>ZAYMTA3 7/12/21<br>IETA55 6/29/21<br>1EATA55 6/14/21<br>ZZA TA3 3/23/21<br><br>**Approved**<br>N/A | OSU Spirit Mark | Life montra | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| FJBFJB<br><br><span style="color:red">Denied</span> | 9982 | Swearword – Could be perceived F*uck Joe Biden (referring to the current US President)<br><br>The vehicle is a Silver 2014 Dodge Charger<br><br>Similar plates reviewed:<br><br>**Denied**<br>LOLFJB 10/22/21 | Folds of Honor | For Justice & Bravery | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, |

WONSER_000354

| | | | | | |
|---|---|---|---|---|---|
| | FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21<br>FUSARAH 9/27/21<br>EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>F UBL 6/28/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>1HWMF 7/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>F COVID 3/7/21<br>FJOHN 2/8/21 | | | | swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office:  614.752.7518
rncollins@dps.ohio.gov


Ohio Department of Public Safety