**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Collins, Ruthann |
| **Sent:** | Friday, November 12, 2021 10:27 AM |
| **To:** | Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Friday, November 12, 2021 10:01 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Friday, November 12, 2021 9:52 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 1 JAFO<br><br>Denied | 9983 | Swearword – could be perceived as Just Another F*ckin' Observer (120 Up in Urban Dictionary)<br><br>Google result: An acronym used in the film, "JAFO", meaning Just another f*cking observer is police community ja | N/A | Just another factory occupationalist | ▮▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that |

PLAINTIFF'S EXHIBIT 18

WONSER_000382

| | | | | | | |
|---|---|---|---|---|---|---|
| | | is mention repeatedly in the film.<br><br>The vehicle is a Silver 2017 Chevrolet Equinox<br><br>Similar plates reviewed:<br><br>**Denied**<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FUBIDN 10/20/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FU JOE 10/13/21<br>FKN NUTZ 10/12/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21 | | | | is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br>GDYUP MF 7/7/21<br>OMG WTF1 7/1/21<br>FCKTTUN 6/28/21<br>NOGAF 6/28/21<br>F UBL 6/28/21<br>FKTYPER 6/25/21<br>VAFANGU 6/23/21<br>MF CKER 6/21/21<br>OUT OF FX 6/21/21<br>EF FRTY6 6/21/21<br>FHRITP7 6/21/21<br>FBGM14 6/17/21<br>FU5RODA 6/16/21<br>FU 22159 6/15/21<br>FU 69 6/15/21<br>FVCKOFF 6/15/21<br>EFF YEAH 6/15/21<br>SFCKD 6/11/21<br>FAST MFR 6/10/21<br>FUDEM 6/7/21<br>GAMOTO 6/4/21<br>FFAUCI (OSU logo plate) 6/4/21<br>DAMFS 6/2/21<br>AYOWTF 5/28/21<br>FUK1T 5/27/21<br>FU BRYAN 5/25/21<br>FU CLUFF 5/25/21<br>EST WTF 5/21/21<br>FKJ 5/21/21<br>O WTF 5/20/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FFSM8 5/17/21<br>VAFFA 5/17/21<br>MTNMFR 5/17/21<br>FAQUA 5/12/21<br>FOO QUE 5/12/21<br>USLOFKR 5/7/21<br>FKBLU 5/7/21<br>ISSA FK7 4/7/21<br>SLOW FK7 4/5/21<br>1FOFF 5/5/21<br>IMFDUP 5/4/21<br>PHUKKU 4/26/21<br>WTFOX 4/26/21<br>FOX THAT 3/30/21<br>IDGAFOX 3/26/21<br>IDG2F 12/14/20<br><br>**Approved**<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21<br>BIGMQFQ 4/12/21<br>NOF2G 3/8/21<br>F COVID 3/7/21<br>J MFN T 3/7/21<br>FJOHN 2/8/21 | | | | |
| 1BADAC8<br><br>Approved | 9982 | Swearword – could be perceived as 1 bad *ss C8<br><br>The vehicle is a Blue 2017 Chevrolet Corvette<br><br>Similar plates reviewed: | N/A | Name of car | | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **Denied**<br>BDAS2 10/22/21<br>B4DASS 8/2/21<br>BADAZ2 7/2/21<br>FKNBDAS 7/1/21<br>BDAZME 6/7/21<br>BAD AZ VW 6/3/21<br>BADSAS 6/1/21<br>B ASS B 5/24/21<br><br>**Approved**<br>BDAZZ66 6/28/21<br>BA 1 DA 4/30/21<br>BA DA 4/30/21<br>BADAZR2 4/6/21 | | | | backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| KILLERZ<br><br>Denied | 9983 | Lawlessness – could be perceived as Killers<br><br>The Killers is also a rock band<br><br>The vehicle is a Blue 2017 Chevrolet Corvette<br><br>Similar plates reviewed:<br><br>**Denied**<br>DRUG DLR 5/12/21<br>KILLER50 4/21/21<br>COCAINA 4/7/21<br>KRWD KLR 1/4/21<br><br>**Approved**<br>K111ABF 6/17/21<br>1B STLN 6/1/21<br>NSXTASY 4/14/21<br>METHLAB 1/11/21 | N/A | Just for fun | ▮ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment |
| P1STOFF<br><br>Approved | 7502 | Could be perceived as Pissed Off<br><br>The vehicle is a Red 2009 Pontiac G8<br><br>Similar plates reviewed:<br><br>**Denied**<br>PSSPSS 5/28/21 | N/A | It's a thing with people with piston powered engines and turbine engines. Meaning no pistons | ▮ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NEED 2 P 5/3/21<br>IGOTZ2P 4/6/21<br>PUSPUS 4/2/21<br><br>**Approved**<br>PISSA 8/13/21<br>WFE PSED 6/14/21<br>PEEE 6/9/21 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| SIKH AF<br><br>Denied | 9983 | Swearword – could be perceived as Sikh As F*ck<br><br>The vehicle is a Black 2017 BMW 330E<br><br>Similar plates reviewed:<br><br>**Denied**<br>AF SIDNY 11/9/21<br>MSAF 10 10/12/21<br>FASTAFK 9/29/21<br>SLW ASF 9/27/21<br>WARD AF 9/24/21<br>FAST A5 F 9/21/21<br>LOST AF 8/31/21<br>MANIC AF 8/31/21<br>WITCH AF 8/30/21<br>MEMAW AF 8/27/21<br>FRSHASF 8/19/21<br>WIDE AF 8/16/21<br>AMMO AF 8/13/21<br>MINI AF 8/12/21<br>PAGAN AF 8/3/21<br>RED AF 7/27/21<br>BRKE AF 7/23/21<br>TEAM AF 7/13/21<br>THICK AF 7/6/21<br>RN AF 7/6/21<br>AS FK 7/2/21<br>ESNTL AF 6/30/21<br>L8TE AF 6/30/21<br>NANA AF 6/29/21<br>HIPPE AF 6/21/21<br>DP AF 6/3/21<br>SMOOV AF 5/27/21<br>RICE AF 5/25/21 | N/A | Sikh is the name of my religion. The initials A. F. are of one of my gurus from my temple. | ▓▓▓ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | NURSE AF 5/21/21<br>TOXIC AF 5/18/21<br>LOW ASF 5/17/21<br>WHYTE AF 5/13/21<br>BIG AF 4/23/21<br>IMLTEAF 4/19/21<br>BALD AF 4/8/21<br>SGL AF 4/6/21<br>SWOLE AF 3/29/21<br>EVLAF 3/26/21<br>FUNNY AF 3/15/21<br>STOCK4F 3/9/21<br>SOLID AF 1/14/21<br>BOUJE AF 1/11/21<br>FOXY ASF 1/7/20<br>VEGANAF 12/16/20<br>HUMBLAF 12/2/20<br>FA OIHO 11/30/20<br>CAMD AF 11/16/20<br>922 AF 11/12/20<br><br>**Approved**<br>AF BEAST 11/19/20 | | | | |
| FJB 4<br><br>Denied, not the owners initials | 9982 | Swearword – could be perceived as F*ck Joe Biden<br><br>The vehicle is a Gray 2014 Nissan Pathfinder<br><br>Similar plates reviewed:<br><br>**Denied**<br>FJBLGB 11/8/21<br>LGBFJB2 11/8/21<br>1FJBLGB 11/8/21<br>FK JB 046 11/3<br>FJBMAGA 11/2/21<br>LGB F JB 11/1/21<br>F OFF 46 10/25/21<br>1FCK JOE 10/25/21<br>FJBFJB 10/25/21<br>FUJOEB 10/25/21<br>LOLFJB 10/22/21<br>FUBIDN 10/20/21<br>FU JOE 10/13/21<br>FJBIDN 10/5/21<br>FJOBDN 10/5/21<br>FJBIDEN 9/29/21 | Ohio State Univ | Fuse junction box | | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

|  |  | EF BIDEN 9/24/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F BIDN 9/13/21<br>46 FU 9/3/21<br>FCK BIDN 7/20/21<br>EF FRTY6 6/21/21<br>FKJ 5/21/21<br><br>**Approved**<br>N/A |  |  |  |  |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office: 614.752.7518
rncollins@dps.ohio.gov



8

WONSER_000389