## Payne, Jeffrey

| | |
|---|---|
| **From:** | Dean, Anne |
| **Sent:** | Thursday, January 6, 2022 2:13 PM |
| **To:** | Norman, Charles; Corrigan, Kathleen; Collins, Ruthann; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; Keathley, Pamela; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Riggins, Devon; Simkins, Julie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | RE: Invalid and Inappropriate Plates |

Sounds good. We will leave it as is.

Thanks,
Anne

---

**From:** Norman, Charles <clnorman@dps.ohio.gov>
**Sent:** Thursday, January 6, 2022 2:05 PM
**To:** Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Dean, Anne <amdean@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates

If they've had it this long might as well let them keep it

---

**From:** Corrigan, Kathleen <KCorrigan@dps.ohio.gov>
**Sent:** Thursday, January 6, 2022 1:54 PM
**To:** Dean, Anne <amdean@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates

If I looked it up right…it was used back in 2016 as go kill yourself, but even then, not very frequently. It didn't cross my mind at all – I figured it was either a person's or college/university initials. They have had since 2019. I recommend to allow them to keep it.

---

**From:** Dean, Anne <amdean@dps.ohio.gov>
**Sent:** Thursday, January 6, 2022 12:30 PM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, [Allie] <ammonst@dps.ohio.gov>; Norman, Charles

PLAINTIFF'S EXHIBIT 23

<clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates

I am thinking to recall GO KYS. Thoughts anyone?

Anne

---

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Thursday, January 6, 2022 9:37 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Dean, Anne <amdean@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** FW: Invalid and Inappropriate Plates

---

**From:** Simkins, Julie <jasimkins@dps.ohio.gov>
**Sent:** Thursday, January 6, 2022 9:34 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates

Please see below.

---

**From:** Collins, Ruthann <RNCollins@dps.ohio.gov>
**Sent:** Thursday, January 6, 2022 9:29 AM
**To:** Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Keathley, Pamela <PKeathley@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| GO KYS<br><br>**Complaint**<br><br>**Approve** | 9982 | Complaint via chat: "General Question... I saw a vanity plate that is offensive and shocked that it has been issued. Perhaps someone didn't catch it's meaning? It says GO KYS. That means Go Kill YourSelf. Just awful. I have a family member who did."<br><br>The vehicle is a Black 2018 Kia Optima<br><br>Similar plates reviewed:<br><br>**Denied**<br>N/A<br><br>**Approved**<br>N/A<br><br>Customer had plate since 12/14/2019 with no complaints | N/A | My alumni. | ▇ | 2. Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment. |
| EAT A55<br><br>**Deny** | 9983 | Swearword – could be perceived as Eat *ss<br><br>The vehicle is a 2020 Honda Fit<br><br>Similar plates reviewed:<br><br>**Denied**<br>ZZATAEI 12/30/21<br>IATEASS 12/6/21<br>I EAT 4SS 11/5/21<br>ZZATA31 10/29/21<br>I EAT A33 10/26/21<br>IEATAZ 10/25/21<br>IE4TA55 8/23/21<br>ZAYMTA3 7/12/21 | N/A | Nicknames | ▇ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | IETA55 6/29/21<br>1EATA55 6/14/21<br>ZZA TA3 3/23/21<br><br>**Approved**<br>N/A | | | | explicit, or scatological (feces or excrement). |
| MILFHTR<br><span style="color:red">Deny</span> | 9983 | Sexual – could be perceived as MILF Hater<br><br>The vehicle is a Silver 2001 Chevrolet Camaro<br><br>Similar plates reviewed:<br><br>**Denied**<br>SXYMILF 11/23/21<br>MLF LVR 10/25/21<br>GILF 9/8/21<br>MLFMGNT 8/31/21<br>M1LF LXS 7/30/21<br>MILF1 7/16/21<br>GOT M1LF 6/17/21<br>HIS WILF 6/16/21<br>MILFS 5/25/21<br>M1LFLVR 4/14/21<br>VILF 10/8/20<br><br>**Approved:**<br>N/A | N/A | Nickname | ■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| AMNIT<br>Deny | 9982 | Swearword – could be perceived as D*mnit (with D logo plate)<br><br>The vehicle is a Chrome 2012 Honda Accord<br><br>Similar plates reviewed:<br><br>**Denied**<br>DAMNMA 11/9/21<br>DAMNGNA 10/18/21<br>DAMDANI 9/3/21<br>DAMNIKI 7/27/21<br>DAMN B 5/11/21<br>DAM BISH 4/16/21<br>M SE RUPE 4/2/21<br>GAHDAM 2/19/21<br><br>**Approved**<br>DAMSAGG 12/10/21<br>DAM DADY 8/16/21<br>HOTTDAM 8/10/21<br>H DAMN 6/15/21<br>BLAK DMN 4/7/21<br>DAMFAM 4/5/21<br>DAMN GRL 2/8/21 | Univeristy of Dayton | Nickname | | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

Ruthann Collins
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, Ohio 43223
Office: 614.752.7518
rncollins@dps.ohio.gov

