**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Dean, Anne |
| **Sent:** | Wednesday, April 20, 2022 12:23 PM |
| **To:** | Lohr, Janet; Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | RE: Invalid and Inappropriate plates |

Thanks Janet. Please hold on this doing anything with this plate at this time.

I will be notifying BMV Investigations on the allegation that this plate is being used on a vehicle that it is not registered to.

Thanks,

Anne M. Dean
Assistant Registrar
Ohio Bureau of Motor Vehicles
1970 W. Broad Street
Columbus, OH 43216
614-387-3000
amdean@dps.ohio.gov

---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Wednesday, April 20, 2022 11:29 AM
**To:** Dean, Anne <amdean@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Coglianese, Heather <hhcoglianese@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate plates

Good morning. According to BASS, the plate was first issued on 9/25/21 to the black 2020 Dodge Durango SXT. On 11/4/21, a replacement plate was issued for the same vehicle. That is the only history for plate BLK PWR 6.

Thanks.

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 4
Office 614-752-7518


PLAINTIFF'S EXHIBIT 34

WONSER_001535

jslohr@dps.ohio.gov



---

**From:** Dean, Anne <amdean@dps.ohio.gov>
**Sent:** Wednesday, April 20, 2022 11:21 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Coglianese, Heather <hhcoglianese@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate plates

BLK PWR 6 – the original request said this was going to be on a black dodge durango. Has this plate transferred to a white dodge charger/challenger?

Anne M. Dean
Assistant Registrar
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-387-3000
amdean@dps.ohio.gov



---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Wednesday, April 20, 2022 10:43 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Coglianese, Heather <hhcoglianese@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Dean, Anne <amdean@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** FW: Invalid and Inappropriate plates
**Importance:** High


Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov



**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Wednesday, April 20, 2022 10:37 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate plates
**Importance:** High

See responses below:

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Wednesday, April 20, 2022 10:24 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** Invalid and Inappropriate plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| BLK PWR 6<br><br>This is a customer complaint.<br><br>Approved | 2521 | Offensive Black Power 6.<br><br>The complainant stated the following: BLK PWR 6 was observed on a White Dodge Charger/Challenger. Assuming DPS has the access to see that info, and in light of the decision rendered towards my request, would assume DPS would trigger their own review process of BLK PWR 6 given their own investigation of my request. | N/A | BLACK POWER SIX | ███ | 2.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that are so offensive that they could reasonably be expected to provoke a violent response from viewers without additional comment |

If this process hasn't triggered DPS to conduct their own review of BLK PWR 6 given the info uncovered in my own appeal, and rather than lodge a formal complaint to review the license plate, I'd let this email string serve as encouragement for DPS leadership to review their own processes for fairness and equitability.

Given there is a control in place to prohibit my request, as well as amplification around the type of vehicle associated to preclude approval, it appears Rule 2 is subjectively applied. I'd especially assume when the use of "PWR" is requested, DPS would be more discerning in their reviews to avoid this perception.

The VR/Bass shows the plate registered to a black 2020 Dodge Durango SXT.

Similar plates reviewed:

**Denied**
WHT PWR 6
3/17/22
NIKKKK 2/15/22

4

| | | | | | | |
|---|---|---|---|---|---|---|
| | | RAKKK 2/14/22<br>ALEXKKK 1/7/22<br>XKXX 01/14/22<br>EMKKK 11/19/21<br>N3GRITA 10/5/21<br>WYT DVEL 6/1/21<br>INDNRED 6/1/21<br><br>**Approved**<br>DAMICK (after appeal). 10/27/21<br>BLK THNG 8/18/21<br><br>** Customer has had the plate since 9/25/21. There have been no complaints.** | | | | |
| GFYM8<br><br>Denied | 0418 | Swearword<br>Go f*ck your mate/mom.<br><br>Similar plates reviewed:<br><br>**Denied**<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22<br>RWGFY22 4/11/22<br>FKN BRIK 4/5/22<br>FNLARKY 4/5/22<br>FPTSD 4/4/22<br>FUKOF 4/4/22<br>FAFO57 3/31/22<br>FAF BO1 3/28/22<br>FUK COLL 3/24/22<br>FAAQU 3/22/22<br>FU2TINI 3/22/22<br>FNBOGEY 02/22/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22 | N/A | God Fearing young man 8. | | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21<br>FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21 | | | | |

6

| | | | | | | |
|---|---|---|---|---|---|---|
| | | HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21<br>IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21 | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21 | | | | |
| CPLOFP<br><span style="color:red">Approved</span> | 5740 | Swearword Corporal, **O**wn **F**\*cking **P**rogram. Urban show OFP with 116 up 20 down<br><br>Similar plates reviewed:<br><br>**Denied**<br>PHUK YU 4/19/22<br>FUKNHIC 4/18/22<br>PHUHQUU 4/18/22<br>FFRDRGR 4/15/22<br>FKN BRIK 4/5/22<br>FNLARKY 4/5/22<br>FPTSD 4/4/22<br>FUKOF 4/4/22<br>FAFO57 3/31/22<br>FAF BO1 3/28/22<br>FUK COLL 3/24/22<br>FAAQU 3/22/22<br>FU2TINI 3/22/22<br>FNBOGEY 02/22/22<br>IDGAF7 2/7/22<br>FK IM L8 2/3/22<br>2FNREAL 2/2/22<br>ABCDEFU 2/1/22<br>QWIK FKR 2/1/22<br>FUCC IT 01/25/22<br>FKN WADE 1/10/22<br>F UR SRT 1/5/22<br>FBGMONY 1/4/22<br>2FN SLOW 1/3/22<br>FUK EM 2 1/3/22<br>NAWFUHQ 12/27/21<br>FAFBOI 1 12/20/21<br>FK CHINA 12/17/21<br>FKNRGHT 12/16/21<br>ITSJPAF 12/16/21<br>EFM BNCO 12/9/21<br>PHCK 12 12/6/21<br>FN COLD 12/1/21 | Veteran Marine | Corporal Occupation First Position | ■ | 1. Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | FBGM69 11/29/21<br>IDGAF2 11/29/21<br>FKA2JZ 11/26/21<br>FKING 11/22/21<br>PHUCKOF 11/22/21<br>FUKJB 11/22/21<br>NWAFTP 11/19/21<br>FUGAS 11/10/21<br>FUKNLOW 11/9/21<br>GET FUKD 10/26/21<br>IRDGAF 10/25/21<br>FKK OFF 10/25/21<br>FURB 10/22/21<br>FAFO GT 10/21/21<br>GTFOOH 10/21/21<br>FN GROOT 10/18/21<br>FNA 10/14/21<br>FKN NUTZ 10/12/21<br>MFCEO 98 10/5/21<br>FAFO 21 10/1/21<br>FU ALS 10/1/21<br>FU CNCR 9/2921<br>FJBIDEN 9/29/21<br>AFNZUS 9/28/21<br>FKU JOE 9/17/21<br>EFFNJOE 9/15/21<br>F12UZB 9/15/21<br>FVCK AMG 9/14/21<br>F BIDN 9/13/21<br>FCKUOM 9/8/21<br>PHAHQ U 9/3/21<br>46 FU 9/3/21<br>FAHQ734 8/31/21<br>FKTY FUK 8/31/21<br>FQISIS 8/30/21<br>FKGA 8/27/21<br>HWMF 11 8/2721<br>FCKOFF 8/23/21<br>EFGASS 8/23/21<br>P FKN R 8/20/21<br>AWFUKIT 8/18/21<br>FAK U MNY 8/17/21<br>FKBTCHS 8/17/21<br>FN N FRL 8/12/21<br>GOOGLFU 8/11/21<br>F BOMBS 8/10/21 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | IKYFL 7/30/21<br>FKN MNT 7/27/21<br>MEFNOW 7/27/<br>BMFICON 7/26/21<br>FNAWSM 7/23/21<br>ZERO FUK 7/23/21<br>FAF BOII 7/21/21<br>FCK BIDN 7/20/21<br>YEE YE MF 7/20/21<br>1MFMG 7/20/21<br>MFWUT 7/20/21<br>BADD MF 7/19/21<br>BTFKOFF 7/16/21<br>MFTB 7/16/21<br>FK8 CTR 7/15/21<br>ISYMFS2 7/14/21<br>JMFR 7/14/21<br><br>**Approved**<br>FYD BB 1/11/22<br>FC KR8TM 12/27/21<br>LFGOOO 12/13/21<br>FCC JO (FC Cincinnati logo)11/29/21<br>F IN FAST 10/20/21<br>F IN CHAT 10/18/21<br>DRIVE TF 10/8/21<br>NFG 10/4/21<br>1 FN JEEP 9/30/21<br>FUGLY 8/12/21<br>FNBILL 8/5/21<br>GFSF 7/27/21<br>YCFWM 7/21/21<br>FAKA 7/19/21<br>1HWMF 7/16/21<br>FLYN F 6/29/21<br>ZEFKS 6/16/21<br>FTRAIN 6/15/21<br>BIG CMF 6/8/21<br>MR FUFF 5/27/21<br>KAY N FU 5/24/21<br>FK8 CTR 1 5/18/21 | | | | |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223

Office 614-752-7518
jslohr@dps.ohio.gov



WONSER_001545