# Payne, Jeffrey

| | |
|---|---|
| **From:** | Norman, Charles |
| **Sent:** | Thursday, April 21, 2022 9:41 AM |
| **To:** | Lohr, Janet; Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Martin, Nathan; Mayhew, J; Monst, Allie; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John; Wehner, Ronald; Wood, Kristin |
| **Subject:** | Re: Invalid and Inappropriate Plates |

Please approve dmdadie

Get [Outlook for iOS](#)

---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Thursday, April 21, 2022 9:33:52 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Coglianese, Heather <hhcoglianese@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Dean, Anne <amdean@dps.ohio.gov>; Ford, Winston <wmford@dps.ohio.gov>; Fragale, Robert <rafragale@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; King, Sydney <SKing@dps.ohio.gov>; Kirk, Joseph <jakirk@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Martin, Nathan <nlmartin@dps.ohio.gov>; Mayhew, J <cmayhew@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Norman, Charles <clnorman@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Tura, John <jatura@dps.ohio.gov>; Wehner, Ronald <rjwehner@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** FW: Invalid and Inappropriate Plates

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov

---

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Thursday, April 21, 2022 9:33 AM
**To:** Lohr, Janet <jslohr@dps.ohio.gov>; Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

---

**From:** Lohr, Janet <jslohr@dps.ohio.gov>
**Sent:** Thursday, April 21, 2022 9:22 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>; Wood, Kristin <kmwood@dps.ohio.gov>

PLAINTIFF'S EXHIBIT 35

WONSER_001473

**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| DMDADIE<br>Denied | 9982 | Swearword D*mn daddy. Similar plates reviewed:<br>**Denied**<br>AMNIT (UNIV. DAYTON logo) 1/6/22<br>DAMSAGG 12/10/21<br>DAMNMA 11/9/21<br>DAMNGNA 10/18/21<br>DAMDANI 9/3/21<br>DAMNIKI 7/27/21<br>DAMN B 5/11/21<br>**Approved**<br>DMNKDS (complaint) 4/8/22<br>DAMKAT 1/10/22<br>DAM DADY 8/16/21<br>HOTTDAM 8/10/21<br>H DAMN 6/15/21 | N/A | Board Game hobby | ▇▇ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |
| DMN BOOG<br>Denied | 1820 | Swearword D*mn boog. Similar plates reviewed:<br>**Denied**<br>AMNIT (UNIV. DAYTON logo) 1/6/22<br>DAMSAGG 12/10/21<br>DAMNMA 11/9/21<br>DAMNGNA 10/18/21 | N/A | Nickname | ▇▇ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | DAMDANI 9/3/21 DAMNIKI 7/27/21 DAMN B 5/11/21 **Approved** DMNKDS (complaint) 4/8/22 DAMKAT 1/10/22 DAM DADY 8/16/21 HOTTDAM 8/10/21 H DAMN 6/15/21 |  |  |  | (feces or excrement). |

Janet L
Customer Service Assistant 2
Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
Office 614-752-7518
jslohr@dps.ohio.gov

3

WONSER_001475