**Payne, Jeffrey**

| | |
|---|---|
| **From:** | Berger, Brenda |
| **Sent:** | Thursday, July 28, 2022 10:45 AM |
| **To:** | Berger, Brenda; Coglianese, Heather; Collins, Ruthann; Corrigan, Kathleen; Dean, Anne; Ford, Winston; Fragale, Robert; Green, Sarah; Hunter, Kevin; King, Sydney; Kirk, Joseph; Lohr, Janet; Martin, Nathan; Mayhew, J; Monst, Allie; Norman, Charles; Riggins, Devon; Simkins, Julie; Taylor, Carrie; Tura, John |
| **Subject:** | FW: Invalid and Inappropriate Plates |
| **Importance:** | High |

**From:** Riggins, Devon <DRiggins@dps.ohio.gov>
**Sent:** Thursday, July 28, 2022 10:42 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** RE: Invalid and Inappropriate Plates
**Importance:** High

See responses below:

**From:** Berger, Brenda <BBerger@dps.ohio.gov>
**Sent:** Thursday, July 28, 2022 9:32 AM
**To:** Berger, Brenda <BBerger@dps.ohio.gov>; Collins, Ruthann <RNCollins@dps.ohio.gov>; Corrigan, Kathleen <KCorrigan@dps.ohio.gov>; Green, Sarah <slgreen@dps.ohio.gov>; Hunter, Kevin <kdhunter@dps.ohio.gov>; Lohr, Janet <jslohr@dps.ohio.gov>; Monst, Allie <ammonst@dps.ohio.gov>; Riggins, Devon <DRiggins@dps.ohio.gov>; Simkins, Julie <jasimkins@dps.ohio.gov>; Taylor, Carrie <cataylor@dps.ohio.gov>
**Subject:** Invalid and Inappropriate Plates
**Importance:** High

| Plate | Agency | Perceived Meaning | Logo Type | Bass Meaning | Customer Name | Rule |
|---|---|---|---|---|---|---|
| 9 CHOOCH<br><br>Denied | 9982 | Chooch – Italian meaning jack@ss, dummy, idiot, or moron. Can also be a nicotine device.<br><br>Similar plates reviewed:<br><br>**Denied**<br>PUNKA55<br>07/05/22 | n/a | Italian heritage | ■■■ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) that are profane (that is, swearwords and expletives), |

PLAINTIFF'S EXHIBIT 43

WONSER_001719

| | | | | | | |
|---|---|---|---|---|---|---|
| | | A55 BOY 6/16/22<br>BUTPLUG 6/6/22<br>BHOLE98 6/2/22<br>EJOH22A 1/21/22 (complaint)<br><br>**Approved**<br>JB2 HOLE 3/31/22 | | | | obscene, sexually explicit, or scatological (feces or excrement). |
| BCHOTA<br><br>Denied | 7750 | Bichota<br>A slang word used in Puerto rico to describe a woman who runs a drug business<br><br>**Denied:**<br>RX DEALR 07/26/22<br>DRG DELR 6/17/22<br>GNRL KLR 4/26/22<br>KIL SHOT 3/24/22<br>B1CHOTA 11/29/21<br>BICHOTA 10/15/21<br>BMFDBOY 7/27/21<br>BMFPLUG 7/27/21<br><br>**Approved:**<br>BGR SUGR 5/24/22 | n/a | Nickname | ▇ | 3.Contains words, combinations and/or phrases (in any language and when read either frontward or backward) that advocate immediate lawlessness or advocate lawless activities. |
| ICUP<br><br>Denied | 7742 | Scatological<br>I See you Pee<br><br>Similar plates reviewed:<br><br>**Denied**<br>TK DASHT 6/27/22<br>SHIZYL 6/23/22 | n/a | Spell it out—it's funny | ▇ | 1.Contains words, combinations and/or phrases (in any language and when read either frontward or backwards) |

| | | | | | |
|---|---|---|---|---|---|
| | | OHSHIT 6/1/22 SHSHO 5/27/22 BOSSH1T 5/20/22 1SHTY 4/26/22 SHAESHT 4/25/22 POS BUG 4/25/22 SHYTBX 4/1/22 MFSHTBX 3/21/22 BUKNSHT 3/14/22 G SHIT 3/14/22 POOPBOX 3/8/22 SHIIIID 3/4/22 SHITBX 3/1/22 SHIIIDD 2/1/22 AW SHIT1 2/1/22 WELL SHT 1/27/22 5HTRFU1 12/14/21 5HTR FUL 12/1/21 SHT4BRN 11/22/21 BOSSHYT 11/17/21 POOPA 20 11/15/21 F1 SHTY 11/2/21 CHINGO 10/28/21 TKS NO BS 10/8/21 SCHITS 9/28/21 PTNRSHT 8/20/21 SHTLBS 8/13/21 3AT SH1T 8/9/21 | | | | that are profane (that is, swearwords and expletives), obscene, sexually explicit, or scatological (feces or excrement). |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | MRPBH 7/14/21 MERC SHT 7/13/21 HHSHHT (Ohio State logo) 7/12/21 **Approved** YGBSM 7/1/22 SHTCOIN 11/22/21 MASBS 11/17/21 NANASHT 11/10/21 | | | | |

Brenda Berger
Customer Service Assistant 2
Ohio Bureau of Motor Vehicles
1970 W. Broad Street, Columbus, OH 43223
614-752-7518
bberger@dps.ohio.gov



4

WONSER_001722