An official State of Ohio site. Here's how you know

 **OhioBMV**

Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

**Search By Image**

Personalized Plate Number
F46 LGB

**Check Availability**

Click *here* for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Inappropriate / Invalid Plate

**Back**

AA 🔒 bmvonline.dps.ohio.gov ↻

**PLAINTIFF'S EXHIBIT 49**

WONSER_003721