

PLAINTIFF'S EXHIBIT 50

WONSER_003722

WONSER_003722



WONSER_003723

WONSER_003723



WONSER_003724

WONSER_003724



WONSER_003725

WONSER_003725



## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

Personalized Plate Number
AMERICN

Search By Image

Check Availability

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

Please fix the following errors:
- Plate is issued.

Back

Cancel

WONSER_003726



WONSER_003727

WONSER_003727



An official State of Ohio site. Here's how you know ⌄

## Ohio**BMV** | **ONLINE SERVICES**

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

### Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)    ⌄

**Search By Image**

Personalized Plate Number
BEANER

**Check Availability**

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Inappropriate / Invalid Plate

**Back**    **Cancel**

WONSER_003728

WONSER_003728



WONSER_003729

WONSER_003729



WONSER_003730

WONSER_003730



WONSER_003731

WONSER_003731



**Check Availability (Passenger)**

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

Personalized Plate Number
STR8

[ Search By Image ]

[ Check Availability ]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⊘ Please fix the following errors:
- Plate is issued.

[ Back ]          [ Cancel ]

WONSER_003732

WONSER_003732



WONSER_003733

WONSER_003733



WONSER_003734

WONSER_003734



WONSER_003735

WONSER_003735



## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

[ Search By Image ]

Personalized Plate Number
LESBIAN

[ Check Availability ]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Not available for purchase.

[ Back ]     [ Cancel ]

WONSER_003736

WONSER_003736



WONSER_003737



WONSER_003738

WONSER_003738



**Check Availability (Passenger)**

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

Personalized Plate Number
MLW

**Search By Image**

**Check Availability**

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⚠ Please fix the following errors:
- Plate is issued.

**Back**

**Cancel**

WONSER_003739

WONSER_003739



WONSER_003740

WONSER_003740



WONSER_003741

WONSER_003741



WONSER_003742

WONSER_003742



WONSER_003743



An official State of Ohio site. Here's how you know ˅

**OhioBMV** | **ONLINE SERVICES**    Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo) ˅

Personalized Plate Number
TAOIST

Click here for information about Personalized and Initial Reserve license plates.

**Search By Image**

**Check Availability**

**Preview**

TAOIST

This plate number is currently available.

The plate selection is subject to approval by a committee. ORC 4503.10 (E) grants the Registrar of the Bureau of Motor Vehicles the authority to revoke license plates.

⇄ **Exchange My Plate**

**Back**    **Cancel**

WONSER_003744

WONSER_003744



WONSER_003745

WONSER_003745



# Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

Personalized Plate Number
BAHAI

[Search By Image]

[Check Availability]

Click here for information about Personalized and Initial Reserve license plates.

**Preview**



This plate number is currently available.

The plate selection is subject to approval by a committee. ORC 4503.10 (E) grants the Registrar of the Bureau of Motor Vehicles the authority to revoke license plates.

⇄ Exchange My Plate

Back

Cancel

WONSER_003746

WONSER_003746



An official State of Ohio site. Here's how you know ❯

**OhioBMV** | **ONLINE SERVICES**

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

Personalized Plate Number
HINDU

**Search By Image**

**Check Availability**

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

⓵ Please fix the following errors:
• Plate is issued.

**Back**    **Cancel**

WONSER_003747

WONSER_003747



WONSER_003748

WONSER_003748



## Check Availability (Passenger)

**Enter Personalized Plate Below**

Select your desired logo
Standard (no logo)

**Search By Image**

Personalized Plate Number
MUSLIM

**Check Availability**

Click here for information about Personalized and Initial Reserve license plates.

**Preview**

Please fix the following errors:
- Inappropriate / Invalid Plate

**Back**

**Cancel**

An official State of Ohio site. Here's how you know

**OhioBMV** | **ONLINE SERVICES**

Home    myBMV    OPLATES    Titles    Other Services    BMV Links

bmvonline.dps.ohio.gov/bmvonline/oplates/specializedplates/1

WONSER_003749