# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY WONSER, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-CV-02160 |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | |
| CHARLES L. NORMAN, et al., | : | Magistrate Judge |
| | : | Elizabeth A. Preston Deavers |
| Defendants. | : | |

**DEFENDANT CHARLES L. NORMAN'S RESPONSES TO PLAINTIFF'S REQUESTS FOR PRODUCTION OF DOCUMENTS**

**Defendants reserve the right to further supplement all responses as new information becomes available over the course of litigation.**

**REQUESTS FOR PRODUCTION/INSPECTION**

**Many if not all of the documents provided herein are already in Plaintiff's possession, as they have been produced previously in response to Plaintiff's records request. Those duplicated herein are provided a second time as a courtesy and to simplify recordkeeping.**

**Defendants reserve the right to further supplement all responses as new information becomes available over the course of litigation.**

1. Produce all documents described in your initial disclosures.

**From Defendant's Initial Disclosures:**

    1. Correspondence between Plaintiff and the BMV concerning his application and subsequent appeal (see Exs. A, B, and C to Defendants' Answer);
    2. Pleadings filed by any party in the docket of the above-captioned case;
    3. Correspondence, applications, appeal documents, and other electronic records in ODPS and the BMV's possession related to the outcome of the special license plate applications and appeals listed in Plaintiff's Complaint.
    4. Policies, customs, training manuals, processes, or procedures utilized by Defendants;
    5. All records, documents, materials, agreements, and/or contracts between the Parties;
    6. All communications between the Parties; and
    7. All documents identified by any other party.



**Items 1, 5, 6, and 7 are in Plaintiff's possession. Item 2 is publicly available. Items 3 and 4 have been produced to Plaintiff in response to his public records request; see the responses to RFPs 4, 9, 13, 16, and 21.**

2. Produce all documents required to be disclosed under Civ. R. 26(B)(3)(a).

**N/A. Defendants will supplement this response as required.**

3. Produce all documents and other things produced in response to subpoenas seeking information for use in this case.

**N/A. Defendants will supplement this response as required.**

4. Produce all e-mails and any other electronic communications—from January 1, 2022, forward—containing any of the following strings:

    a. Wonser
    b. Bardwell
    c. F46 LGB

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Further, correspondence with this keyword which is privileged has been withheld;** *see* **the attached privilege log. Correspondence already in Plaintiff's possession has not been produced. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

**As to the Objection:**

**/s/ Gareth A. Whaley (0102156)**

**Notwithstanding the foregoing objections, s**ee **BMV00001.**

5. Produce all e-mails and any other electronic communications—from January 1, 2002, forward—containing any of the following strings:

    a. Zucco
    b. RD RAGE
    c. RDRAGE
    d. Vasvari
    e. What's on Your Plate
    f. FJB
    g. F46
    h. LGB

2

      i. FDT

      j. FDJT

      k. Invalid and Inappropriate

      l. First Amendment

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

                                                   **As to the Objection:**

                                                   ***/s/ Gareth A. Whaley* (0102156)**

**Notwithstanding the foregoing objections, the e-discovery records produced in response to RFP 25 contains records responsive to this request;** *see* **BMV00164-02536**

6. Produce your list of license plates currently registered in Ohio, including their dates of issuance, expiration date, and the names and contact information for the registrants.

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

                                                   **As to the Objection:**

                                                   ***/s/ Gareth A. Whaley* (0102156)**

**Notwithstanding the foregoing objections, records responsive to this request have been provided in response to RFPs 9, 10, 13, and 15.**

7. Produce all applications for Vanity License Plates from January 1, 2018 forward.

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Further, "applications" is vague, does not refer to any specific document, and could be interpreted to refer to correspondence submitted by third parties, correspondence created while processing an application, correspondence to outside parties arising from an application, appeals of vanity plate decisions, or merely a list. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

                                                 **As to the Objection:**

                                                                                 */s/ Gareth A. Whaley* **(0102156)**

**Notwithstanding the foregoing objections, records responsive to this request have been provided in response to RFPs 9, 10, 13, and 15.**

8. Produce your list of all Vanity License Plate combinations requested from January 1, 2018 forward.

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

                                                    **As to the Objection:**
                                                    **/s/ Gareth A. Whaley (0102156)**

**Notwithstanding the foregoing objections, records responsive to this request have been provided in response to RFPs 9 and 10.**

9. Produce your list of all granted Vanity License Plate combinations from January 1, 2018 forward.

**See BMV02540-41, two Excel spreadsheets labeled "Response #9," attached.**

10. Produce your list of all denied Vanity License Plate combinations from January 1, 2018 forward.

**See BMV02537, Excel spreadsheet labeled "Response #10," attached.**

11. Produce all communications reflecting deliberations of the Special Plate Committee from January 1, 2018 forward.

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Further, "reflecting" is vague, and could refer to any record which is communications or from which the existence of communications might be inferred, including records which are not communications or even records of the BMV. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**
                                                    **As to the Objection:**

                                                    */s/ Gareth A. Whaley* **(0102156)**

**Notwithstanding the foregoing objections, the e-discovery records produced in response to RFP 25 contain records responsive to this request;** *see* **BMV00164-02536**

12. Produce all communications reflecting BMV oversight or review of the Special Plate Committee's decisions.

4

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Further, "reflecting" is vague, and could refer to any record which is communications or from which the existence of communications might be inferred, including records which are not communications or even records of the BMV. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

**As to the Objection:**
***/s/ Gareth A. Whaley* (0102156)**

**Notwithstanding the foregoing objections, the e-discovery records produced in response to RFP 25 contain records responsive to this request;** *see* **BMV00164-02536.**

13. *Produce* all documents promoting the Bureau's Vanity License Plate programs.

**See BMV00002-00017.**

14. Produce a copy of the Invalid/Inappropriate List.

**See responses to RFPs 15 and 25.**

15. Produce your list of all combinations that will return an "Inappropriate / Invalid Plate" error message on the BMV's website.[1]

**See BMV02539, Excel spreadsheet labeled "Response # 15," attached.**

16. Produce all documents reflecting instructions to alter that list, from January 1, 2018 forward.

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Further, "reflecting" is vague, and could refer to any record which is communications or from which the existence of communications might be inferred, including records which are not communications or even records of the BMV. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

**As to the Objection:**
***/s/ Gareth A. Whaley* (0102156)**

**Notwithstanding the foregoing objections, the e-discovery records produced in response to RFP 25 contain records responsive to this request;** *see* **BMV00164-02536.**

---

[1] https://bmvonline.dps.ohio.gov/bmvonline/oplates/specializedplates/1

17. Produce your list of all combinations that will return a "Not available for purchase" error message on the BMV's website.[2]

**See response to RFP 15.**

18. Produce all documents reflecting instructions to alter that list, from January 1, 2018 forward.

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Further, "reflecting" is vague, and could refer to any record which is communications or from which the existence of communications might be inferred, including records which are not communications or even records of the BMV. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

**As to the Objection:**

**/s/ Gareth A. Whaley (0102156)**

**Notwithstanding the foregoing objections, the e-discovery records produced in response to RFP 25 contain records responsive to this request;** *see* **BMV00164-02536.**

19. Produce all records documenting complaints about the content of Vanity License Plates, from January 1, 2018 forward.

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. Many records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Further, "reflecting" is vague, and could refer to any record which is communications or from which the existence of communications might be inferred, including records which are not communications or even records of the BMV. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

**As to the Objection:**

**/s/ Gareth A. Whaley (0102156)**

**Notwithstanding the foregoing objections, the e-discovery records produced in response to RFP 25 contain records responsive to this request;** *see* **BMV00164-02536.**

20. Produce every certification of the registrar under Ohio Rev. Code § 4503.10(E) from January 1, 2018 forward.

---

[2] https://bmvonline.dps.ohio.gov/bmvonline/oplates/specializedplates/1

**See BMV00018-00109.**

21. Produce the settlement agreement from *Zucco v. Caltrider*, No. 2:01-cv-01270 (S.D. Ohio), including any attachments or supplements.

**See BMV00110-00114.**

22. Produce the Special License Plate Screening Guidelines adopted as a result of the *Zucco* settlement.

**See response to RFP 21.**

23. Produce documents reflecting any changes to the Special License Plate Screening Guidelines.

**See response to RFP 21.**

24. Produce documents reflecting any guidance supplementing or replacing the Special License Plate Screening Guidelines.

**See response to RFP 21.**

25. Produce documents reflecting Defendants' interpretations of the Special License Plate Screening Guidelines.

**OBJECTION: This request is overly broad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence. This request specifies no time limitation, and many if not most records responsive to this request fall outside Defendants' pertinent record retention policies, by several years. Further, "reflecting" is vague, and could refer to any record which is communications or from which the existence of communications might be inferred, including records which are not communications or even records of the BMV. Defendants are willing to work with Plaintiff to modify the scale of this request so that a full answer can be provided.**

                                                    **As to the Objection:**

                                                    ***/s/ Gareth A. Whaley* (0102156)**

**Notwithstanding the foregoing objections** *see* **BMV00164-02536.**

26. Produce all materials used to train employees whether to approve or deny Vanity License Plate applications.

**See BMV00115-00163.**

27. Produce all materials used to train BMV employees and agents how to perform their responsibilities without violating the First Amendment.

**See response to RFP 26.**

28. Produce records from all BMV trainings on First Amendment issues from January 1, 2018 forward.

**Defendants possess no such records.**

29. Produce the Ohio State Highway Patrol's policy for investigating and prosecuting violations of Ohio Rev. Code § 2907.32.

**OBJECTION: These records are irrelevant, vague, overly broad, and unduly burdensome. This case has no relationship to RC 2907.32 or any OSHP enforcement action.**

                                          **As to the Objection:**
                                          **/s/ Gareth A. Whaley (0102156)**

30. Produce records of every Ohio State Highway Patrol investigation of violations of Ohio Rev. Code § 2907.32 from January 1, 2018 forward.

**OBJECTION: These records are irrelevant, vague, overly broad, and unduly burdensome. This case has no relationship to RC 2907.32 or any OSHP enforcement action.**

                                          **As to the Objection:**

                                          **/s/ Gareth A. Whaley (0102156)**

## CERTIFICATE OF SERVICE

The foregoing was served on counsel for Plaintiff via electronic mail at brian.bardwell@speech.law this 14th day of March, 2025.

/s/Gareth A. Whaley
Donald C. Brey (0021965), Trial Counsel
Ryan C. Spitzer (0093515)
Gareth A. Whaley (0102156)
**ISAAC WILES BURKHOLDER & MILLER, LLC**
Two Miranova Place, Suite 700
Columbus, Ohio 43215-5098
dbrey@isaacwiles.com
rspitzer@isaacwiles.com
gwhaley@isaacwiles.com
Counsel for Defendants

4903-6689-6681.1