**Declaration of Brian D. Bardwell**

I, Brian D. Bardwell, declare as follows based upon personal knowledge:

1. I am over the age of 18 and competent to testify to the facts below based on personal knowledge.

2. I was plaintiff's counsel in *Wonser v. Norman*, No. 2:24-cv-02160 (S.D. Ohio) and am plaintiff's counsel in this case, *Saki v. Norman*, No. 1:25-cv-01893 (N.D. Ohio).

3. In the *Wonser* case, I served discovery demands on the defendants in this case. Authentic copies of the demands and responses are attached as Exs. 52–54.

4. Among the productions in that case was the settlement agreement from *Zucco v. Caltrider*, No. 2:01-cv-01270 (S.D. Ohio), An authentic copy of that production is attached as Ex. 56.

5. Defendants also produced two Excel files in response to a request for a "list of all granted Vanity License Plate combinations from January 1, 2018 forward." Authentic copies of those Excel files are being separately filed as Ex. 57 and Ex. 58. Those lists are consolidated in a single PDF as Ex. 59.

6. Defendants also produced a "the Invalid/Inappropriate List," a list of combinations they automatically reject when drivers attempt to register them from the BMV website. An authentic copy of that Excel file is being separately filed as Ex. 60. The list is also consolidated in a single PDF as Ex. 61.

I declare the above to be true under penalty of perjury of the laws of the United States of America.

_____
Brian D. Bardwell

09/09/2025_____
Date

**PLAINTIFF'S EXHIBIT 62**