**Declaration of William Saki**

I, William Saki, declare as follows based upon personal knowledge:

1. I am over the age of 18 and competent to testify to the facts below based on personal knowledge.

2. National Coming Out Day is a major celebration for LGBT people who want to reclaim their right to live free of the stigmas forced on them by conservative ideology. It is an insanely big deal for people who have spent years forced to hide who they truly are.

3. In anticipation of National Coming Out Day, I attempted to use the Ohio BMV website to register a vanity license plate that says "GAY." Just like drivers who want to show their pride in their hobbies, children, faiths, and other beliefs, I want a license plate showing my pride in who I am and encouraging others to feel free to express themselves as well.

4. But the BMV immediately rejected my application with a message saying that "GAY" is "Invalid / Inappropriate":



5. In a country where we pride ourselves on freedom of expression, I should be allowed to have a license plate that says "GAY." Expression—especially expression of one's identity—is incredibly important, especially on a day like Coming Out Day, which has major cultural and community significance within the LGBT community.

6. Saying that I'm "GAY" isn't offensive; it's just the truth.

7. When the BMV rejected my message, it effectively silenced me and my message.

8. I likewise tried to register several other messages—"HOMO," "FAG," and "F46 LGB"— that would allow me to celebrate Coming Out Day by publicly sharing that I am gay, but I was unable to proceed with any of those applications.



9. The BMV automatically rejects all of those messages as "Invalid / Inappropriate," though it proudly advertises contrary messages as "currently available":



10. I also attempted to register a license plate reading "F46 LGB."

11. The BMV automatically rejected that message, as well.

12. I understand that the BMV has prohibited "F46 LGB" because it believes it means "Fuck Joe Biden."

13. That is not what it means to me. I am a Democrat who voted for and supported Joe Biden. To me, it means "Fag Love: Gavin and Billy," a statement of my affection for and commitment to my partner of three years.

14. It is not "invalid or inappropriate" to say that I am "GAY." It's just the truth.

15. Every day where the BMV enforces its "Don't Say Gay" policy against me while letting other drivers advertise that they are "HETERO" or "STR8" reinforces the injuries inflicted by Ohio's longstanding and zealous campaign against the interests of its gay citizens, both for me and for any gay person who would benefit from seeing that we have moved past the time when "Ohio can erase his marriage … for all time." *Obergefell v. Hodges*, 576 U.S. 644, 678 (2015).

16. If Defendants won't do it voluntarily, the Court must order them to treat us with dignity and respect our right to free speech, on the same terms as straight people, Ohio State fans, or anyone else the BMV permits to identify themselves with vanity plates.

17. After learning about the BMV's "Don't Say Gay" policy, I began trying more license plates to see if gays were the only ones they were discriminating against.

18. The BMV apparently opposes messages of black power, though it will allow white supremacists to announce themselves.

19. It automatically rejects "BLK POWR," "BLK POWA," and "BLK PWR 1," but it allows "WHT POWR," "WHT POWA," or "WHT PWR 1":



I declare the above to be true under penalty of perjury of the laws of the United States of America.

_____
William Saki

09 / 09 / 2025
_____
Date

                                                                                    Audit trail

| | |
|---|---|
| Title | DRAFT Saki declaration.pdf |
| File name | DRAFT%20Saki%20declaration.pdf |
| Document ID | cefabe1b855dca7094baae8cb10f211b0d025324 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  **09 / 07 / 2025**  Sent for signature to William Saki (wdsaki@me.com) from
19:19:18 UTC-4  general@speech.law
IP: 173.90.52.154

**VIEWED**  **09 / 09 / 2025**  Viewed by William Saki (wdsaki@me.com)
19:16:31 UTC-4  IP: 184.184.135.191

**SIGNED**  **09 / 09 / 2025**  Signed by William Saki (wdsaki@me.com)
19:16:57 UTC-4  IP: 184.184.135.191

**COMPLETED**  **09 / 09 / 2025**  The document has been completed.
19:16:57 UTC-4

Powered by Dropbox Sign