IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM SAKI,** *et al.*,<br>   *Plaintiffs,*<br> v.<br>**CHARLES L. NORMAN,** *et al.*,<br>   *Defendants.* | Case No.: 1:25-cv-01893 |
| **NOTICE OF MANUAL FILING** ||

Plaintiffs William Saki and Cyrus Mahdavi respectfully give notice that they are manually filing the following exhibits:

- Exhbits 56 and 57: Excel files produced by Defendants in response to a Rule 34 request for a "list of all granted Vanity License Plate combinations from January 1, 2018 forward."

- Exhbit 60: An Excel file produced by Defendants in response to a Rule 34 request for "the Invalid/Inappropriate List," i.e., a list of combinations Defendants automatically reject when drivers attempt to register them from the BMV website.

Plaintiffs are also serving all three files on Defendants through a file-sharing service.

                Respectfully submitted,

                */s/Brian D. Bardwell*
                Brian D. Bardwell (0098423)
                Speech Law, LLC
                4403 Saint Clair Ave, Suite 400
                Cleveland, OH 44103-1125
                216-912-2195 Phone/Fax
                brian.bardwell@speech.law
                *Attorney for Plaintiffs William Saki and Cyrus Mahdavi*

**CERTIFICATE OF SERVICE**

I certify that on September 10, 2025, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(1).

/s/Brian D. Bardwell
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs William Saki and Cyrus Mahdavi*