UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
SEP 10 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

William Saki, et al.
Plaintiff(s),

v.

Charles Norman, et al.
Defendant(s).

CASE NO.

1:25-CV-01893

Exhibits 56, 57, 60 to Motion for Temporary Restraining Order and Preliminary Injunction

Exhibit 56: Excel file of Approved Plates
Exhibit 57: Excel file of Approved Plates
Exhibit 60: Excel file of Rejected Plates

Brian D. Bardwell
0098423