IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM SAKI**, *et al.*,<br>    *Plaintiffs,*<br>v.<br>**CHARLES L. NORMAN**, *et al.*,<br>    *Defendants.* | Case No.: 1:25-cv-01893<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |
| **JOINT MOTION FOR A NUNC PRO TUNC ENTRY** ||

  The parties respectfully move for an order correcting a portion of the Court's September 11 consent order (ECF #6).

  During the Court's hearing on Plaintiff's motion for a temporary restraining order, Defendants agreed to permit Plaintiffs to register their chosen license plates and to unlock any combinations that did not meet the criteria— laid out in ECF #2-56—that the state agreed to in settling *Zucco v. Caltrider*, No. 2:01-cv-1270 (S.D. Ohio). However, the Court's order indicated instead that Defendants had agreed to unlock only combinations that are not "offensive, disparaging or socially insensitive," which was the standard that led to the *Zucco* lawsuit in the first place.

  The parties therefore request that the Court's order be amended to reflect Defendants' agreement to unlock combinations that do not meet the criteria it adopted in the *Zucco* settlement.

Respectfully submitted,

| | |
|---|---|
| */s/Brian D. Bardwell* | */s/Donald C. Brey* |
| Brian D. Bardwell (0098423) | Donald C. Brey |
| Speech Law, LLC | Isaac Wiles |
| 4403 Saint Clair Ave, Suite 400 | Two Miranova Place, Ste. 700 |
| Cleveland, OH 44103-1125 | Columbus, OH 43215-5098 |
| 216-912-2195 Phone/Fax | Phone: 614-221-2121 |
| brian.bardwell@speech.law | Fax: 614-365-9516 |
| *Attorney for Plaintiffs William Saki and Cyrus Mahdavi* | dbrey@isaacwiles.com |

### CERTIFICATE OF SERVICE

I certify that on October 8, 2025, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(2)(E).

*/s/Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiffs William Saki and Cyrus Mahdavi*