IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM SAKI**, *et al.*,<br>    *Plaintiffs,*<br>v.<br>**CHARLES L. NORMAN**, *et al.*,<br>    *Defendants.* | Case No.: 1:25-cv-01893<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |
| **AMENDED MINUTES & CONSENT ORDER** ||

The Court conducted a Zoom hearing on Plaintiffs' motion for temporary restraining order on September 11, 2025. Plaintiffs William Saki and Cyrus Mahdavi participated and were represented by Attorney Brian Bardwell. Peter Jamison, Alex Armitage, and Ashleigh Henry attended on behalf of Defendants Charles Norman Registrar of the Ohio Bureau of Motor Vehicles ("BMV") and Andy Wilson Director of the Ohio Department of Public Safety and were represented by Attorneys Don Brey and Kristin Lippert.

The Court assisted the parties in resolving Plaintiffs' claims during the hearing. Representatives of the BMV conceded that the BMV had erred in rejecting the vanity plates requested by Plaintiffs in this lawsuit and that their applications for plates including words such as "GAY" or "MUSLIM" would be approved. The BMV agreed to review its database and ensure that it adheres to the Special License Plate Screen Guidelines set forth in the settlement reached in *Zucco v. Caltrider*, case No. 2:01-cv-1270 (S.D. Ohio), as laid out in ECF #2-56.

The BMV also agreed to provide instructions on its website for applicants who believe their application has been improperly rejected in violation of the *Zucco* standard.

By agreement of the parties, this case is dismissed with prejudice. Counsel for both sides are to endeavor to resolve the amount of reasonable attorney fees to be paid to Plaintiffs as the prevailing parties. Notice by the Clerk of Courts is hereby waived.

Time: 30 minutes.

Court Reporter: Mary Uphold.

**IT IS SO ORDERED.**

Dated: October 10, 2025

*/s/Dan Aaron Polster*
United States District Judge