IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM SAKI,** *et al.*, <br>              *Plaintiffs,* <br> v. <br> **CHARLES L. NORMAN,** *et al.*, <br>              *Defendants.* | Case No.: 1:25-cv-01893 <br><br> Judge Dan Aaron Polster <br><br> Magistrate Judge Jonathan D. Greenberg |
| **STIPULATED ORDER** ||

The Court conducted a Zoom hearing on Plaintiffs' motion for temporary restraining order on September 11, 2025, where it assisted the parties in resolving Plaintiffs' claims. Based on Defendants' agreement to issue their requested license plates, Plaintiffs agreed to dismiss their claims.

As prevailing parties, Plaintiffs are entitled to an award of attorney's fees. 42 U.S.C. § 1988. The parties have stipulated and the Court finds that Attorney Bardwell reasonably expended 30 hours on this case, at a reasonable rate of $350 per hour. The Court therefore awards Plaintiffs $10,500 in attorney's fees, to be paid to Attorney Bardwell for distribution to his clients as necessary.

**IT IS SO ORDERED.**

Dated: January 7, 2026

                                                                                            */s/Dan Aaron Polster*
                                                                                            United States District Judge

| | |
|---|---|
| */s/Brian D. Bardwell* | */s/Donald C. Brey* |
| Brian D. Bardwell (0098423) | Donald C. Brey |
| Speech Law, LLC | Isaac Wiles |
| 4403 Saint Clair Ave, Suite 400 | Two Miranova Place, Ste. 700 |
| Cleveland, OH 44103-1125 | Columbus, OH 43215-5098 |
| 216-912-2195 Phone/Fax | Phone: 614-221-2121 |
| brian.bardwell@speech.law | Fax: 614-365-9516 |
| *Attorney for Plaintiffs William Saki and Cyrus Mahdavi* | dbrey@isaacwiles.com |